# Jnited States District Cc..:t
# District of Minnesota

UNITED STATE OF AMERICA

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 01-1015 MJD/RLE

MONICA L. SCHROEDER

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of FIVE THOUSAND FIVE HUNDRED TWENTY-FOUR DOLLARS AND 67/100 ($ 5,524.67) plus additional prejudgment interest from 05/15/01 at 8 per cent per annum and postjudgment interest from date of judgment at 3.60 per cent per annum..

FRANCIS E. DOSAL, CLERK

DATED: JULY 13, 2001

By E Knoblauch
E. Knoblauch, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 2,713.17 |
| Costs and disbursements | $ 150.00 |
| Interest to 05/15/01 | $ 2,661.50 |
| Surcharge | $ |
| **TOTAL JUDGMENT** | $ 5,524.67 |

4